IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JEPSON DARLEY,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 12-0346-CG-M |
| | ) |
| **PUBLIX SUPERMARKETS, INC.,** | ) |
| **STORE 1400,** | ) |
| | ) |
| Defendant. | ) |

## ORDER

Because the plaintiff has not filed proof of service of his complaint on defendant Publix Supermarkets, Inc., Store 1400, the plaintiff's claims against said defendant are hereby **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 4(m).

**DONE and ORDERED** this 24th day of October, 2012.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE